*J. Claybaugh* and *L. McClurg,* for appellee.

---

ANDERSON *v.* MEEKER.

PLEADING.—*Consideration.*—Suit on a note against the maker. Answer, that the defendant received no consideration for the note.
*Held,* that the answer was bad on demurrer.

APPEAL from the Fountain Common Pleas.

RAY, J.—Suit on note against the appellant. A paragraph of answer was filed, which alleged, "that defendant received no consideration for said note." A demurrer was

sustained to this paragraph, and the ruling thereon presents the only question for our consideration.

The issue tendered by the paragraph was personal. If the note, which was executed by appellant, had a consideration to support it, that was sufficient, whether received by the appellant or some one else with his consent.

The judgment is affirmed, with costs.

*M. M. Milford,* for appellant.

*J. Buchanan,* for appellee.